| | |
|---|---|
| 1 | ANN M. ASIANO  (SBN 094891)<br>JORDAN M. GREEN  (SBN 247126) |
| 2 | BRADLEY, CURLEY, ASIANO,<br>BARRABEE, ABEL & KOWALSKI, P.C. |
| 3 | 1100 Larkspur Landing Circle<br>Suite 200 |
| 4 | Larkspur, CA  94939<br>Telephone:  (415) 464-8888 |
| 5 | Facsimile:   (415) 464-8887<br>aasiano@professionals-law.com |
| 6 | |
| 7 | Attorneys for Defendant,<br>JON ALEXANDER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL RIESE, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF DEL NORTE; CRESCENT CITY; CRESCENT CITY POLICE DEPARTMENT; COUNTY OF DEL NORTE SHERIFF'S DEPARTMENT; JON ALEXANDER; BRIAN NEWMAN; RICHARD GRIFFIN; BOB BARBER; KEITH DOYLE; DOUG PLACK; DOES 1-10, inclusive,<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **No. CV 12 03723-RS**<br><br>**Hon. Richard Seeborg**<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARING ON ANTI-SLAPP MOTIONS; [PROPOSED] ORDER** |

Counsel for Defendants and Plaintiff hereby stipulate to the following:

Ann M. Asiano and Jordan M. Green, counsel for Defendant JON ALEXANDER, are unavailable for the Case Management Conference and the Hearing on the Anti-SLAPP Motions as reset by the Court for May 30, 2013.  Steven C. Wolan, counsel for Defendants COUNTY OF DEL NORTE and RICHARD GRIFFIN, is also unavailable on May 30, 2013, as well as the first week of June.  Plaintiff's Counsel, Brian E. Claypool, is unavailable on June 13, 2013.  Thus, all parties have conferred and are available on June 20, 2013.

Consequently, the parties have stipulated to a continuance of the May 30, 2013 Case Management Conference and Hearing on Anti-SLAPP Motions to June 20, 2013; or, in the

- 1 -

**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARING ON ANTI-SLAPP MOTIONS; [PROPOSED] ORDER**
United States District Court Case No. CV 12 03723-RS

1   alternative, a date which is convenient for the Court.  The parties have also stipulated that the
2   deadline for providing initial disclosures be reset to coincide with the new date of the Case
3   Management Conference.
4       All parties respectfully request that the Court issue an order continuing the initial Case
5   Management Conference and Hearings on the Anti-SLAPP Motions to June 20, 2013; or, in the
6   alternative, to a date that is convenient for the Court.

Dated: May 13, 2013      **BRADLEY, CURLEY, ASIANO,**
    **BARRABEE, ABEL & KOWALSKI, P.C.**

By:  /s/ Ann M. Asiano
    ANN M. ASIANO
    Attorneys for Defendant
    JON ALEXANDER

Dated: May 13, 2013      **THE CLAYPOOL LAW FIRM**

By:  /s/ Brian E. Claypool
    BRIAN E. CLAYPOOL
    Attorneys for Plaintiff

Dated: May 13, 2013      **PATTON, WOLAN, CARLISLE, LLP**

By:  /s/ Clariza C. Garcia
    STEVEN C. WOLAN
    CLARIZA C. GARCIA
    Attorneys for Defendants
    COUNTY OF DEL NORTE AND
    RICHARD GRIFFIN

Dated: May 13, 2013      **HUNT & JEPPSON, LLP**

By:  /s/ Jeremy B. Price
    JEREMY B. PRICE
    Attorneys for Defendants
    CRESCENT CITY, CRESCENT CITY POLICE
    DEPARTMENT, KEITH DOYLE, &
    DOUG PLACK

**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARING ON ANTI-SLAPP MOTIONS; [PROPOSED] ORDER**
United States District Court Case No. CV 12 03723-RS

BRADLEY, CURLEY, ASIANO, BARRABEE, ABEL & KOWALSKI, P.C., 1100 Larkspur Landing Circle, Suite 200, Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference and Hearing on the Anti-SLAPP Motions be continued from May 30, 2013 to June 20, 2013 at 1:30 p.m.

DATED: 5/15/13

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT

BRADLEY, CURLEY,
ASIANO, BARRABEE,
ABEL & KOWALSKI,
P.C., 1100 Larkspur
Landing Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 3 -

**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARING ON ANTI-SLAPP MOTIONS; [PROPOSED] ORDER**
United States District Court Case No. CV 12 03723-RS