ANN M. ASIANO (SBN 094891)
JORDAN M. GREEN (SBN 247126)
BRADLEY, CURLEY, ASIANO,
BARRABEE, ABEL & KOWALSKI, P.C.
1100 Larkspur Landing Circle
Suite 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887
aasiano@professionals-law.com

Attorneys for Defendant,
JON ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIESE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF DEL NORTE; CRESCENT CITY; CRESCENT CITY POLICE DEPARTMENT; COUNTY OF DEL NORTE SHERIFF'S DEPARTMENT; JON ALEXANDER; BRIAN NEWMAN; RICHARD GRIFFIN; BOB BARBER; KEITH DOYLE; DOUG PLACK; DOES 1-10, inclusive,<br><br>    Defendants. | No. CV 12 03723-RS<br><br>**Hon. Richard Seeborg**<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARING ON ANTI-SLAPP MOTIONS; [PROPOSED] ORDER** |

Counsel for Defendants and Plaintiff hereby stipulate to the following:

Ann M. Asiano and Jordan M. Green, counsel for Defendant JON ALEXANDER, are unavailable for the Case Management Conference and the Hearing on the Anti-SLAPP Motions as reset by the Court for May 30, 2013. Steven C. Wolan, counsel for Defendants COUNTY OF DEL NORTE and RICHARD GRIFFIN, is also unavailable on May 30, 2013, as well as the first week of June. Plaintiff's Counsel, Brian E. Claypool, is unavailable on June 13, 2013. Thus, all parties have conferred and are available on June 20, 2013.

Consequently, the parties have stipulated to a continuance of the May 30, 2013 Case Management Conference and Hearing on Anti-SLAPP Motions to June 20, 2013; or, in the

- 1 -

**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARING ON ANTI-SLAPP MOTIONS; [PROPOSED] ORDER**
United States District Court Case No. CV 12 03723-RS

BRADLEY, CURLEY, ASIANO, BARRABEE, ABEL & KOWALSKI, P.C., 1100 Larkspur Landing Circle, Suite 200 Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

1  alternative, a date which is convenient for the Court.  The parties have also stipulated that the
2  deadline for providing initial disclosures be reset to coincide with the new date of the Case
3  Management Conference.
4      All parties respectfully request that the Court issue an order continuing the initial Case
5  Management Conference and Hearings on the Anti-SLAPP Motions to June 20, 2013; or, in the
6  alternative, to a date that is convenient for the Court.

Dated: May 13, 2013                **BRADLEY, CURLEY, ASIANO,**
                                   **BARRABEE, ABEL & KOWALSKI, P.C.**

                          By:      /s/ Ann M. Asiano
                                   ANN M. ASIANO
                                   Attorneys for Defendant
                                   JON ALEXANDER

Dated: May 13, 2013                **THE CLAYPOOL LAW FIRM**

                          By:      /s/ Brian E. Claypool
                                   BRIAN E. CLAYPOOL
                                   Attorneys for Plaintiff

Dated: May 13, 2013                **PATTON, WOLAN, CARLISLE, LLP**

                          By:      /s/ Clariza C. Garcia
                                   STEVEN C. WOLAN
                                   CLARIZA C. GARCIA
                                   Attorneys for Defendants
                                   COUNTY OF DEL NORTE AND
                                   RICHARD GRIFFIN

Dated: May 13, 2013                **HUNT & JEPPSON, LLP**

                          By:      /s/ Jeremy B. Price
                                   JEREMY B. PRICE
                                   Attorneys for Defendants
                                   CRESCENT CITY, CRESCENT CITY POLICE
                                   DEPARTMENT, KEITH DOYLE, &
                                   DOUG PLACK

BRADLEY, CURLEY,
ASIANO, BARRABEE,
ABEL & KOWALSKI,
P.C., 1100 Larkspur
Landing Circle, Suite 200
Larkspur, CA  94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -

**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARING ON ANTI-SLAPP MOTIONS; [PROPOSED] ORDER**
United States District Court Case No. CV 12 03723-RS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference and Hearing on the Anti-SLAPP Motions be continued from May 30, 2013 to June 20, 2013 at 1:30 p.m.

DATED: 5/15/13

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT

BRADLEY, CURLEY,
ASIANO, BARRABEE,
ABEL & KOWALSKI,
P.C., 1100 Larkspur
Landing Circle, Suite 200
Larkspur, CA  94939
TEL (415) 464-8888
FAX (415) 464-8887

- 3 -

**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARING ON ANTI-SLAPP MOTIONS; [PROPOSED] ORDER**
United States District Court Case No. CV 12 03723-RS