Brian E. Claypool, Esq., State Bar# 134674
**THE CLAYPOOL LAW FIRM**
1055 East Colorado Blvd., 5th Floor
Pasadena, CA 91106
(626) 240-4616 (telephone)
(626) 796-9951 (fax)

Attorney For Plaintiff
MICHAEL RIESE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIESE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF DEL NORTE, et. al<br><br>　　　　Defendants | Case No.: CV-12-3723-RS<br><br>1. STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO WITHDRAW<br>2. [~~PROPOSED~~] ORDER<br><br>Date: June 20, 2013<br>Time: 1:30 p.m.<br>Ctrm: 3, 17th Floor<br><br>Complaint Filed: July 16, 2012 |

Counsels for Defendants and Plaintiff stipulate to the following:

Plaintiff's counsel, Brian E. Claypool, was ordered not to fly for 14 days by his doctor due to a severe blockage and inflammation in both of his ear canals. Over the past 2 weeks since returning on a flight from Austin, Mr. Claypool's had been blocked causing extreme fatigue, headaches, congestion and ear pain. When he consulted with an ENT in Pasadena nearly 10 days ago he was prescribed a steroid to reduce inflammation

- 1 -

in the tubes leading to his ear drums, but the ENT failed to diagnose an upper respiratory infection which was causing the inflamed congestion. Upon consulting a second ENT specialist on June 10, Mr. Claypool was diagnosed with a serious upper respiratory infection and ordered a steroid shot and an antibiotic. The ENT prescribed a 10 day regimen of Penicillin in hope of eradicating infection and reducing swelling in the tubes leading to my ears and advised against flying for at least 14 days and suggested rest.

Consequently, Mr. Claypool corresponded with all of defendants' counsel to regarding his condition and a continuance to the CMC and hearing. The parties have agreed to stipulate to a short continuance of the June 20, 2013 hearing date to July 25, 2013, or, in the alternative, a date that is convenient for the Court that is at least two weeks in the future.

All parties respectfully request the court issue an order continuing the initial Case Management Conference and hearing on Plaintiff's Motion to Withdraw to July 25, 2013, or, in the alternative to a date that is convenient to the Court that is at least two weeks in the future.

DATED: June 15, 2013   **THE CLAYPOOL LAW FIRM**

                                                        /s/ Brian E. Claypool
                                                        Brian E. Claypool
                                                        Attorney for Plaintiff

DATED: June 15, 2013  **PATTON, WOLAN, CARLISE, LLP**

                                                                   */s/* Steven C. Wolan
                                                                   Steven C. Wolan
                                                                   Attorney for Defendant
                                                                   County of Del Norte and Richard Griffin

DATED: June 15, 2013  **HUNT & JEPPSON, LLP**

                                                                   */s/* Jeremy B. Price
                                                                   Jeremy B. Price
                                                                   Attorney for Defendants
                                                                   Crescent City, Crescent City Police Department, Keith Doyle, & Doug Plack

DATED: June 15, 2013  **BRADLEY, CURLEY, ASIANO, BARRABEE, ABEL, & KOWALSKI**

                                                                   */s/* Ann M. Asiano
                                                                   Ann M. Asiano
                                                                   Attorney for Defendant
                                                                   Jon Alexander

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference and hearing on Motion to Withdraw be continued from June 20, 2013 to July 25, 2013 at 1:30 p.m.

DATED: 6/17/13

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT

- 4 -
STIPULATION TO CONTINUE CMC AND HEARING ON MOTION TO WITHDRAW AND PROPOSED ORDER