UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIESE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF DEL NORTE, et al.,<br><br>    Defendants. | Case No. 12-cv-03723-WHO<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 62 |

Plaintiff filed a motion for leave to file an amended complaint on August 6, 2013 (the "Motion"). Dkt. No. 62. Plaintiff's Motion was noticed for hearing 22 days later, on August 28, 2013, in violation of Local Rule 7-2(a), which requires that all motions must be noticed for hearing "not less than 35 days after service of the motion." The August 28, 2013 hearing on the Motion is hereby vacated.

Plaintiff is reminded to adhere to the Local Rules of the Court. In accordance with Local Rule 7-2(a), Plaintiff's Motion shall be heard on September 25, 2013. Defendants' Opposition shall be due September 4, 2013 and Plaintiff's Reply shall be due September 11, 2013.

The two pending SLAPP motions in this matter remain set for hearing on August 28, 2013.

**IT IS SO ORDERED**.

Dated: August 19, 2013

_____
WILLIAM H. ORRICK
United States District Judge