UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIESE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF DEL NORTE, et al.,<br><br>    Defendants. | Case No. 12-cv-03723-WHO<br><br>**ORDER VACATING HEARING DATE**<br><br>Re: Dkt. Nos. 31, 33 |

Pursuant to Civil Local Rule 7-1(b), the court finds that Motions to Strike (Doc. 31 and 33), which have been noticed for hearing on August 28, 2013, are appropriate for decision without oral argument.

Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: 08/27/2013

WILLIAM H. ORRICK
United States District Judge