Steven C. Wolan (State Bar No. 56237)
Clariza C. Garcia (State Bar No. 189918)
PATTON♦WOLAN♦CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, CA  94612-3582
Telephone:   (510) 987-7500
Facsimile:    (510) 987-7575
Email:  swolan@pwc-law.com;
cgarcia@pwc-law.com

Attorneys for Defendants
COUNTY OF DEL NORTE and
DEPUTY GRIFFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIESE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF DEL NORTE; CRESCENT CITY; CRESCENT CITY POLICE DEPARTMENT; COUNTY OF DEL NORTE SHERIFF'S DEPARTMENT; JON ALEXANDER; BRIAN NEWMAN; RICHARD GRIFFIN; BOB BARBER; KEITH DOYLE; DOUG PLACK, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  CV 12-3723 WHO<br><br>1.   STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO AMEND<br>2.   ORDER<br><br>DATE:   September 25, 2013<br>TIME:    2:00 p.m.<br>DEPT:   Courtroom 2, 17th Floor<br><br><br>Complaint Filed: July 16, 2012 |

Counsels for Defendants and Plaintiff stipulate to the following:

Defendants County of Del Norte and Deputy Griffin's counsel, Steven C. Wolan and Clariza C. Garcia, are both unavailable on September 25, 2013 due to calendar conflicts on both Mr. Wolan's

---

STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO AMEND                           (Case No. CV 12-3723 WHO)
1

1  and Ms. Garcia's calendar.  Consequently, the parties have agreed to stipulate to a short 13 day

2  continuance of the September 25, 2013 hearing on Plaintiff's Motion to Amend to October 8, 2013.

3       All parties respectfully request the court issue an order continuing the hearing on Plaintiff's

4  Motion to Amend to October 8, 2013, or in the alternative to a date convenient to the Court that is at

5  least two weeks in the future.

Dated:  September 10, 2013                            THE CLAYPOOL LAW FIRM


By: __/s/ Brian E. Claypool_____
     BRIAN E. CLAYPOOL
     Attorney for Plaintiff,
     MICHAEL RIESE


Dated:  September 10, 2013                            PATTON ♦ WOLAN ♦ CARLISE, LLP


By: __/s/ Clariza C. Garcia_____
     CLARIZA C. GARCIA
     Attorney for Defendant
     COUNTY OF DEL NORTE and
     DEPUTY GRIFFIN


Dated:  September 10, 2013                            HUNT & JEPPSON, LLP


By: __/s/ Jeremy B. Price_____
     JEREMY B. PRICE
     Attorney for Defendant
     CRESCENT CITY, CRESCENT CITY POLICE
     DEPARTMENT, KEITH DOYLE, AND DOUG
     PLACK


Dated:  September 10, 2013                            BRADLEY, CURLEY, ASIANO, BARRABEE,
     ABEL & KOWALSKI


By: __/s/ Ann M. Asiano_____

1
2
        ANN M. ASIANO
        Attorney for Defendant
        JON ALEXANDER

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO AMEND    (Case No. CV 12-3723 WHO)

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Hearing on Plaintiff's Motion to Amend be continued from September 25, 2013 to October 9, 2013.

DATED:  September 11, 2013    _____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT