UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIESE,<br><br>             Plaintiff,<br><br>      v.<br><br>COUNTY OF DEL NORTE, et al.,<br><br>             Defendants. | Case No.  12-cv-03723-WHO<br><br>**ORDER GRANTING DEFENDANT GRIFFIN'S REQUEST FOR ATTORNEY'S FEES**<br><br>Re: Dkt. Nos. 78, 83 |

On September 3, 2013, the Court granted defendant Richard Griffin's anti-SLAPP motion as to plaintiff Michael Riese's eighth cause of action for intentional infliction of emotional distress.  Dkt. No. 78.  The Court ordered Griffin to file a supplemental declaration showing the amount of time his counsel spent preparing the meritorious portion of his motion to strike.  Griffin filed the required declaration on September 12, 2013, establishing fees of $5,510 in connection with the meritorious aspect of his motion to strike.  Dkt. No. 83 ¶ 2.

The amount of time spent researching and preparing the motion, briefs and declarations is reasonable, as is the billing rate of Griffin's counsel.  Accordingly, the Court awards Griffin $5,510, payable by Riese within 45 days of this Order.

**IT IS SO ORDERED**.

Dated: September 20, 2013

_____
WILLIAM H. ORRICK
United States District Judge