UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RIESE,

    Plaintiff,

    v.

COUNTY OF DEL NORTE, et al.,

    Defendants.

Case No. 12-cv-03723-WHO

**ORDER DIRECTING PLAINTIFF TO FILE STATEMENT REGARDING REPRESENTATION IN THE EVENT THE COURT GRANTS MOTION TO WITHDRAW**

Re: Dkt. No. 86

    Brian Claypool of the Claypool Law Firm, counsel for plaintiff Michael Riese in this matter, has moved to withdraw from his representation of Mr. Riese. Dkt. No. 86. A hearing on the motion is scheduled for November 13, 2013. Whether or not Mr. Riese intends to oppose his counsel's motion to withdraw, by November 6, 2013, Mr. Riese shall file a statement with the Court setting out how he intends to proceed in the event that the motion to withdraw is granted. Mr. Riese and Mr. Claypool shall appear at the November 13, 2013 hearing, either in person or by telephone. Mr. Claypool shall ensure that Mr. Riese receives a copy of this order as promptly as possible and shall file proof of service with the Court.

    Mr. Claypool has requested permission to appear at the hearing telephonically. He may do so, as may Mr. Riese and the other parties. Anyone appearing telephonically shall make suitable arrangements with the Court's courtroom deputy, Ms. Jean Davis, at (415) 522-2077.

**IT IS SO ORDERED**.

Dated: October 29, 2013

WILLIAM H. ORRICK
United States District Judge