ANN M. ASIANO (SBN 094891)
MELISSA R. MEYERS (SBN 178596)
JORDAN M. GREEN (SBN 247126)
BRADLEY, CURLEY, ASIANO,
BARRABEE, ABEL & KOWALSKI, P.C.
1100 Larkspur Landing Circle
Suite 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887
aasiano@professionals-law.com

Attorneys for Defendant,
JON ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIESE, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF DEL NORTE; CRESCENT CITY; CRESCENT CITY POLICE DEPARTMENT; COUNTY OF DEL NORTE SHERIFF'S DEPARTMENT; JON ALEXANDER; BRIAN NEWMAN; RICHARD GRIFFIN; BOB BARBER; KEITH DOYLE; DOUG PLACK; DOES 1-10, inclusive,<br><br>　　　　Defendants. | No. CV 12 03723-WHO<br><br>**Hon. William H. Orrick**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CONTINUE HEARING ON MOTION FOR SANCTIONS TO ALLOW PARTIES TO COMPLETE MEDIATION SET FOR JANUARY 23, 2014**<br><br>**Date:**　　January 14, 2014<br>**Time:**　　2:00 p.m.<br>**Location:**　Courtroom 2, 17th Floor<br><br>**Complaint Filed:**　July 16, 2012 |

Counsel for Defendants and Plaintiff stipulate to the following:

　　Due to scheduling difficulties of parties, the parties are unable to complete the mediation per the court order or before the current Case Management Conference set for January 14, 2014. The mediation session is scheduled for *January 23, 2014* before the Honorable Raul A. Ramirez (Ret.). Accordingly, the parties request that the Case Management Conference presently set for January 14, 2014 be rescheduled to February 25, 2014 or in the alternative, a later date that is convenient for the Court.

　　In addition, counsel request that the hearing on Defendants' Motion For Sanctions

- 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CONTINUE HEARING ON MOTION FOR SANCTIONS TO ALLOW PARTIES TO COMPLETE MEDIATION SET FOR JANUARY 23, 2014
United States District Court Case No. CV 12 03723-WHO

BRADLEY, CURLEY, ASIANO, BARRABEE, ABEL & KOWALSKI, P.C., 1100 Larkspur Landing Circle, Suite 200 Larkspur, CA 94939 TEL (415) 464-8888 FAX (415) 464-8887

1  currently set for January 22, 2014, also be rescheduled to February 25, 2014, or in the alternative, a
2  later date that is convenient for the Court following the completion of the mediation session.
3      All parties respectfully request that the court issue an order continuing the Case
4  Management Conference and Hearing on Motion For Sanctions to February 25, 2014, or, in the
5  alternative, to a later date that is convenient to the Court.

7  Dated: January 2, 2014        **BRADLEY, CURLEY, ASIANO,**
8                                **BARRABEE, ABEL & KOWALSKI, P.C.**

9              By:   /s/ Ann M. Asiano
10                   ANN M. ASIANO
11                   Attorneys for Defendant
                     JON ALEXANDER

12  Dated: January 2, 2014        **THE CLAYPOOL LAW FIRM**
13

14             By:   /s/ Brian E. Claypool
15                   BRIAN E. CLAYPOOL
                     Attorneys for Plaintiff
16

17  Dated: January 2, 2014        **PATTON, WOLAN, CARLISLE, LLP**
18

19             By:   /s/ Clariza C. Garcia
                     STEVEN C. WOLAN
20                   CLARIZA C. GARCIA
                     Attorneys for Defendants
21                   COUNTY OF DEL NORTE AND
                     RICHARD GRIFFIN
22

23  Dated: January 2, 2014        **HUNT & JEPPSON, LLP**
24

25             By:   /s/ Robert W. Hunt
                     ROBERT W. HUNT
26                   Attorneys for Defendants
                     CRESCENT CITY, CRESCENT CITY POLICE
27                   DEPARTMENT, KEITH DOYLE, &
                     DOUG PLACK
28

BRADLEY, CURLEY,
ASIANO, BARRABEE,
ABEL & KOWALSKI,
P.C., 1100 Larkspur
Landing Circle, Suite 200
Larkspur, CA  94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CONTINUE HEARING ON MOTION FOR SANCTIONS TO ALLOW PARTIES TO COMPLETE MEDIATION SET FOR JANUARY 23, 2014
United States District Court Case No. CV 12 03723-WHO

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference, be continued from January 14, 2014 to March 5, 2014.

FURTHER, IT IS HEREBY ORDERED that the Defendants' Motion for Sanctions for Failure to Pay Court Ordered Attorneys' Fees be continued from January 22, 2014 to March 5, 2014.

DATED: January 7, 2014

By: /s/ W. H. Orrick
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT

BRADLEY, CURLEY, ASIANO, BARRABEE, ABEL & KOWALSKI, P.C., 1100 Larkspur Landing Circle, Suite 200 Larkspur, CA 94939 TEL (415) 464-8888 FAX (415) 464-8887

- 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CONTINUE HEARING ON MOTION FOR SANCTIONS TO ALLOW PARTIES TO COMPLETE MEDIATION SET FOR JANUARY 23, 2014
United States District Court Case No. CV 12 03723-WHO