AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

MICHAEL RIESE

              Plaintiff (s),

V.

COUNTY OF DEL NORTE, ET AL.

              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-12-3723

Notice is hereby given that, subject to approval by the court, __MICHAEL RIESE__ substitutes (Party (s) Name)

__MORDECHAI PELTA__, State Bar No. __253315__ as counsel of record in
(Name of New Attorney)

place of __BRIAN E. CLAYPOOL__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: BERG & ASSOCIATES

    Address: 5000 BECHELLI LANE, SUITE 201, REDDING, CA 96002

    Telephone: (530) 223-5100    Facsimile (530) 223-5200

    E-Mail (Optional):

I consent to the above substitution.

Date: 12-26-13

              (Signature of Party (s))

I consent to being substituted.

Date:

              (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 12/24/2013

              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 7, 2014

              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]