ANN M. ASIANO (SBN 094891)
JORDAN M. GREEN (SBN 130353)
BRADLEY, CURLEY, ASIANO,
BARRABEE, ABEL & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Facsimile:  (415) 464-8887
E-Mail:  aasiano@professionals-law.com

Attorneys for Defendant
JON ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL REISE, an individual, | Case Number CV-12-03723-WHO |
| Plaintiff, | THE PARTIES' STIPULATION AND ORDER TO CONTINUE JURY TRIAL AND ALL RELATED DATES |
| v. | |
| COUNTY OF DEL NORTE; CRESCENT CITY; CRESCENT CITY POLICE DEPARTMENT; COUNTY OF DEL NORTE SHERIFF'S DEPARTMENT; JON ALEXANDER; BRIAN NEWMAN; RICHARD GRIFFIN; BOB BARBER; KEITH DOYLE; DOUG PLACK; DOES 1-10 inclusive, | Complaint Filed:  July 16, 2012 |
| | Trial Date:  July 14, 2014 |
| Defendants. | |

Counsel for Defendants COUNTY OF DEL NORTE, RICHARD GIFFIN, CRECENT CITY; CRESCENT CITY POLICE DEPARTMENT, KEITH DOYLE, DOUG PLACK and JON ALEXANDER ("Defendants"), and Plaintiff MICHAEL RIESE ("Plaintiff") hereby stipulate to continue jury trial and all related dates.  The parties respectively request the Court to continue the jury trial and all related dates for a minimum of four months.  The parties participated in mediation with the Honorable Raul A. Ramirez (ret.) on January 23, 2014 in Sacramento, but did not reach a resolution.

Counsel for all parties agree that good cause exists to continue the jury trial and all related dates because of the delay caused by Mr. Claypool's numerous motions and applications to continue case management conferences, hearings and late initial disclosure on behalf of Plaintiff, which consequently delayed the commencement of discovery.

## PROCEDURAL HISTORY

1. On July 16, 2012, Plaintiff filed his Complaint for Damages.
2. On October 22, 2012 and November 19, 2012, respectively, County of Del Norte filed its Answer and Amended Answer to Plaintiff's Complaint.
3. On November 29, 2012, Defendant Crescent City and its Officers filed their Answer to Plaintiff's Complaint.
4. On February 15, 2013, Jon Alexander filed his Answer to Plaintiff's Complaint.
5. On March 18, 2013, Jon Alexander filed his Notice of Special Motion to strike.
6. On April 1, 2013, County of Del Norte and Richard Griffin filed their Notice of Special Motion and Motion to strike.
7. On May 7, 2013, Plaintiff filed an Ex Parte Application for an Order Continuing the Case Management Conference and hearing on the Anti-SLAPP motions.
8. On May 15, 2013, the Court granted the parties stipulated and proposed order to continue the Case Management Conference and hearing on the Anti-SLAPP motion.
9. **On May 29, 2013, Plaintiff's initial counsel, Brian Claypool, filed a motion to withdraw as counsel.**
10. On June 11, 2013, the Court set an Order continuing the hearing on the Anti-SLAPP motions until after it resolves Mr. Claypool's Motion to Withdraw as Counsel.
11. On June 15, 2013, Plaintiff filed a stipulation to continue the CMC and hearing on his motion to withdraw.

///

12. On June 27, 2013, this case was reassigned to the Honorable William H. Orrick and all

hearing dates were vacated and ordered to be reset.

**13. On August 6, 2013, Mr. Claypool filed a Motion to Withdraw his Motion to Withdraw as Counsel.**

14. On August 6, 2013, Plaintiff filed a Motion for leave to Amend his Complaint.

15. On September 3, 2013, after numerous continuances by the parties, specifically Plaintiff, the Court granted Defendant Alexander's Anti-SLAPP motion and Granted in Part and Denied in Part Defendant Griffin's Anti-SLAPP motion.

**16. On October 4, 2013, Mr. Claypool, filed a second motion to withdraw as counsel.**

17. On October 9, 2013, the Court denied Plaintiff's Motion for Leave to File an Amended Complaint.

18. On October 28, 2013, Mr. Claypool filed an Ex-Parte Application to Appear telephonically or continue the hearing on his motion to withdraw as counsel.

19. On November 14, 2013, the Court granted Mr. Claypool's Motion to Withdraw as counsel for Plaintiff after the completion of mediation.

**20. On January 7, 2014, the Court granted consent to Plaintiff's substitution of attorney.**

21. On January 23, 2014, the parties attended mediation with the Honorable Judge A. Ramirez (ret.) in Sacramento, California, but did not reach a resolution.

## ARGUMENT

As the Court can see, this case has a lengthy procedural history filled with many continuances sought by Plaintiff and/or his previous counsel, Brian Claypool.  For example, discovery was delayed by the uncertainty of Plaintiff's counsel.  Mr. Claypool filed his first Motion to Withdraw as Counsel on May 29, 2013, but then withdrew that motion approximately 3 months later, just to file a second motion to withdraw two months after withdrawing his first motion, which was ultimately granted on November 14, 2013.  Plaintiff's new counsel substituted in on January 7, 2014, shortly before mediation.  Thus, discovery was delayed because Plaintiff's representation of counsel was in limbo

Error! Main Document Only.

―3―
PARTIES STIPULATION TO CONTINUE JURY TRIAL AND ALL RELATED DATES
UNITED STATES DISTRICT COURT CASE NUMBER CV-12-03723-WHO

from May 29, 2013 to January 7, 2014.

Next, the issues in the pleadings were not resolved until September 3, 2013, when the Court issued its Order granting Defendant Jon Alexander's Anti-SLAPP motion and granting in part and denying in part Defendants County of Del Norte and Richard Griffin's Anti-SLAPP motions, which were filed approximately six months earlier, on March 18, 2013 and April 1, 2013, respectively. During that time period, Mr. Claypool sought several continuances of the case management conferences and hearing on Defendants' Anti-SLAPP motions for a variety of reasons, such as scheduling conflicts and medical issues.

Lastly, this is a complex case with multiple defendants ranging from individuals to law enforcement agencies, several theories of liability and at least thirty-five witnesses who support or contradict Plaintiff's allegations. There is a long history of relationships between the parties and witnesses to explore, with issues commencing in 2006. Thus, because of the numerous continuances of the case management conference, the ruling on the Anti-SLAPP motions and Mr. Claypool's numerous motions to withdraw as counsel, the parties need more time to conduct discovery and further investigate the issues discussed at mediation. Finally, Plaintiff has just retained new counsel as of January 7, 2014.

Discovery in this matter is currently scheduled to close on March 3, 2014, dispositive motions are due on April 9, 2014. Now that the pleadings, counsel and mediation in this matter have finally been decided or completed, there is simply not enough time left to complete discovery and meet all other pretrial deadlines.

//

//

## **CONCLUSION**

All parties respectfully request that this Court issue an Order continuing the jury trial and all

related dates for a minimum of four months to on or about October 2014, to permit the parties to conduct discovery, have dispositive motions heard and prepare for trial.

Dated: January 31, 2014					BRADLEY, CURLEY, ASIANO,
							BARRABEE, ABEL & KOWALSKI, P.C.

						By:	/s/ Ann M. Asiano
							ANN M. ASIANO
							Attorneys for Defendant
							JON ALEXANDER


Dated: January 31, 2014					PATTON, WOLAN, CARLISLE, LLP

						By:	/s/ Clariza C. Garcia
							STEVEN C. WOLAN
							CLARIZA C. GARCIA
							Attorneys for Defendants
							COUNTY OF DEL NORTE AND
							RICHARD GRIFFIN


Dated: January 31, 2014					HUNT & JEPPSON, LLP

						By:	/s/ Spencer Christensen
							SPENCER CHRISTENSEN
							Attorneys for Defendants
							CRESCENT CITY, CRESCENT CITY POLICE
							DEPARTMENT, KEITH DOYLE & DOUG PLACK


Dated: January 31, 2014					BERG & ASSOCIATES

						By:	/s/ Mordechai Pelta
							MORDECHAI PELTA
							Attorneys for Plaintiff
							MICHAEL RIESE

# ORDER

PURSUANT TO STIPULATION AND THE COURT FINDING GOOD CAUSE, IT IS HEREBY ORDERED that the jury trial is continued from July 14, 2014 to October 27, 2014. The following new dates are established:

| | |
|---|---|
| Non-Expert Discovery cutoff: | May 30, 2014 |
| Expert Designation: | May 30, 2014 |
| Expert Rebuttal Designation: | June 13, 2014 |
| Expert Discovery cutoff: | July 2, 2015 |
| Dispositive and all Motions heard by: | July 16, 2014 |
| Pre-Trial Conference: | September 29, 2014, 2:00 p.m in Courtroom 2 |

DATED: February 11, 2014

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE