ERIC ALAN BERG (#121195)
HOWARD L. CHURCHILL (#79872)
MORDECHAI PELTA (#253315)
Berg & Associates
5000 Bechelli Lane, Suite 201
Redding, CA 96002
(530) 223-5100
(530) 223-5200 FAX

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL RIESE, an individual,<br>Plaintiff,<br><br>-vs-<br><br>COUNTY OF DEL NORTE, et al.,<br>Defendants. | NO. CV-12-3723 WHO<br>(Honorable William H. Orrick)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS BRIAN NEWMAN AND BOB BARBER & ORDER**<br><br>Complaint filed: 7-16-12<br><br>Trial date: 7-14-14 |
|---|---|

Pursuant to the provisions of F.R.C.P. Rule 41(a)(1)(A)(I), Plaintiff MICHAEL RIESE files his notice of dismissal of Defendants BRIAN NEWMAN and BOB BARBER only, and represents as follows:

1. Plaintiff's complaint was filed on July16, 2012 and BRIAN NEWMAN and BOB BARBER were named as Defendants, along with other individuals and entities.

2. Defendants BRIAN NEWMAN and BOB BARBER have not been served process and have not served answers or motions for summary judgment.

3. This case is not a class action under F.R.C.P. 23, a derivative action

1 | under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

3. 4. A receiver has not been appointed in this case.

4. 5. This case is not governed by any federal statute that requires a court order for dismissal of a defendant.

6. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

7. Only Defendant BRIAN NEWMAN and Defendant BOB BARBER are dismissed from this action.

8. This dismissal is without prejudice.

DATED: March 27, 2014

_____
MORDECHAI PELTA
Attorney for Plaintiff MICHAEL RIESE

Riese v. County of Del Norte, et al., #12-CV-3723–Plaintiff's Notice of Voluntary Dismissal of Defendants Newman & Barber and Order                -2-

## ORDER OF DISMISSAL

After considering Plaintiff's notice of voluntary dismissal of Defendants BRIAN NEWMAN and BOB BARBER only, the court hereby dismisses Defendants BRIAN NEWMAN and BOB BARBER only, without prejudice.

DATED: April 1, 2014

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE