UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIESE,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF DEL NORTE, et al.,<br><br>        Defendants. | Case No. 12-cv-03723-WHO<br><br>**ORDER DENYING STIPULATED CONTINUANCE OF TRIAL AND MODIFYING RELATED DATES**<br><br>**Dkt. No. 124** |

The parties have filed a Stipulation with Proposed Order to Continue Jury Trial and All Related Dates. Dkt. No. 124. Their request is DENIED. I have previously extended discovery and the trial date by three months, and there is no good reason why the discovery about which the parties now complain could not have been commenced and completed by now. This case was filed on July 16, 2012 and is not complex. I would entertain a stipulation that extends the discovery cutoff until June 10, 2014 as long as it provides the agreed upon dates for the completion of discovery.

This Order also CONTINUES the last day to hear dispositive motions from July 16, 2014 to July 18, 2014, at 1:00 p.m. The pretrial conference remains set for September 29, 2014 at 2:00 p.m. The trial date is continued from October 27, 2014 until October 30, 2014.

**IT IS SO ORDERED**.

Dated: May 7, 2014

_____
WILLIAM H. ORRICK
United States District Judge