ANN M. ASIANO (SBN 094891)
JORDAN M. GREEN (SBN 130353)
BRADLEY, CURLEY, ASIANO,
BARRABEE, ABEL & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Facsimile:  (415) 464-8887
E-Mail:   aasiano@professionals-law.com

Attorneys for Defendant
JON ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL REISE, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>COUNTY OF DEL NORTE; CRESCENT CITY; CRESCENT CITY POLICE DEPARTMENT; COUNTY OF DEL NORTE SHERIFF'S DEPARTMENT; JON ALEXANDER; BRIAN NEWMAN; RICHARD GRIFFIN; BOB BARBER; KEITH DOYLE; DOUG PLACK; DOES 1-10 inclusive,<br><br>                    Defendants. | Case Number CV-12-03723-WHO<br><br>THE PARTIES' STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLETION OF DISCOVERY<br><br>Complaint Filed:  July 16, 2012<br><br>Trial Date:  July 14, 2014 |

        Counsel for Defendants COUNTY OF DEL NORTE, RICHARD GIFFIN, CRECENT CITY;

CRESCENT CITY POLICE DEPARTMENT, KEITH DOYLE, DOUG PLACK and JON

ALEXANDER ("Defendants"), and Plaintiff MICHAEL RIESE ("Plaintiff") hereby stipulate to extend

the deadline to complete discovery in this matter.  The parties respectively request the Court to extend

that deadline to June 10, 2014.

        Good cause exists to grant this request for the reasons outlined in the parties previous

Stipulation and request for the Court to continue the trial date and all related deadlines.  Moreover,

although that request was not granted, the Court did indicate a willingness to extend the discovery deadline to June 10, 2014.

**PROCEDURAL HISTORY:**  See prior Stipulation for continuance of trial and all related deadlines.

**ARGUMENT:**  See prior Stipulation for continuance of trial and all related deadlines.  Since that time and the parties have agreed to the following deposition schedule:

| | |
|---|---|
| May 27 | Deposition of Keith Doyle (Crescent City) |
| May 28 | Deposition of Stephanie Riese (San Diego) |
| May 30 | Deposition of Tess Abad (Crescent City) |
| June 3 | Deposition of Don Micheletti, M.D. and tentative deposition of COUNTY IT person |
| June 4 | Depositions of Lisa Specchio, Dawn Walker and Padilla (Crescent City) |
| June 5 & 6 | Deposition of  Jon Alexander (location to be determined. |
| June 10 | Depositions of Katie Micks and Sheriff Wilson (Crescent City) |

There may be additional depositions required by the parties, including CHP Officer Mola, whose location has yet to be determined, and Jennifer Brown.

**DISPOSITIVE MOTIONS**

The parties also request a continuance to hear dispositive motions.  The parties will need the certified transcripts of the witnesses to use in their dispositive motions.  The turn around time for deposition transcripts is approximately two-weeks.  Thus, the parties will not have the transcripts of Katie Micks and Sheriff Wilson, two key witnesses, until approximately June 24, 2014.  The parties are requesting one week to prepare their dispositive motions with cites to the transcripts.  Thus, the parties are requesting to file their dispositive motions on or before July 1, 2014, to be heard on or before

PARTIES STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLETION OF DISCOVERY
UNITED STATES DISTRICT COURT CASE NUMBER CV-12-03723-WHO

Wednesday, August 6, 2014.

**CONCLUSION**

The parties hereby respectfully request an extension of the discovery cut-off deadline to June 10, 2014 and for dispositive motions to be heard on or before August 6, 2014.  Good cause exists to grant this extension because (a) the parties have shown their good faith thus far in communicating via telephone and e-mail on a daily basis and a conference call on May 12, 2014 to schedule witness and party depositions, but are unable to schedule them before the current discovery cut-off date and (b) due to the nature of Plaintiff's allegations, there is a history of contacts with law enforcement officers that took place over a seven-year stretch.  Due to the complexity of issues, the number of contacts to cover, and the number of parties with various interests in the case, witness depositions are taking the full seven hours, so parties have been unable to depose more than one party on a single date, despite trying to do so.  The parties are working together and have made a significant amount of progress, but they need more time to complete witness depositions.

Dated:  May 12, 2014                          **BRADLEY, CURLEY, ASIANO,**
                                              **BARRABEE, ABEL & KOWALSKI, P.C.**


                                    By:   **/s/ Jordan M. Green_____**
                                          **ANN M. ASIANO**
                                          **JORDAN M. GREEN**
                                          **Attorneys for Defendant**
                                          **JON ALEXANDER**



Dated: May 12, 2014                           **PATTON, WOLAN, CARLISLE, LLP**


                                    By:    **/s/ Clariza C. Garcia_____**
                                          **STEVEN C. WOLAN**
                                          **CLARIZA C. GARCIA**
                                          **Attorneys for Defendants**
                                          **COUNTY OF DEL NORTE AND**
                                          **RICHARD GRIFFIN**

Dated: May 12, 2014                     HUNT & JEPPSON, LLP


                              By:     /s/ Spencer Christesen
                                    SPENCER CHRISTENSEN
                                    Attorneys for Defendants
                                    CRESCENT CITY, CRESCENT CITY POLICE
                                    DEPARTMENT, KEITH DOYLE & DOUG PLACK


Dated: May12, 2014                      BERG & ASSOCIATES


                              By:     /s/ Howard Churchill
                                    HOWARD CHURCHILL
                                    Attorneys for Plaintiff
                                    MICHAEL RIESE

.

**ORDER**

PURSUANT TO STIPULATION AND THE COURT FINDING GOOD CAUSE, IT IS

HEREBY ORDERED that:

Non-Expert Discovery cutoff:           June 10, 2014

Dispositive Motions heard by:           August 6, 2014

DATED: May 16, 2014

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE