UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIESE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF DEL NORTE, et al.,<br><br>    Defendants. | Case No. 12-cv-03723-WHO<br><br>**ORDER PROVIDING CLARIFICATION REGARDING REDACTED DOCUMENT**<br><br>Re: Dkt. No. 135 |

Defendants County of Del Norte and Richard Griffin submitted a request for clarification regarding the disclosure of documents CDN-PRIV-Micks-20-22, and produced the entire email chain without redactions for my review. There is a considerable amount of irrelevant and private information contained in the email chain, and I have redacted it accordingly. Given my prior order about the manner in which the documents can be used, I am not attaching the redacted email chain to this Order. Ms. Davis, Courtroom Deputy, will provide the redacted document by email to counsel.

**IT IS SO ORDERED**.

Dated: June 6, 2014

WILLIAM H. ORRICK
United States District Judge